

FILED

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0221

———————

PETER GRIGG,

      Plaintiff and Appellant,

v.

ALISON PAUL, Executive Director, and
MONTANA LEGAL SERVICES
ASSOCIATION,

      Defendant and Appellee.

———————

FILED

JUN 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Upon consideration of Appellant's motion for extension of time,

    IT IS HEREBY ORDERED that Appellant has until August 5, 2022, within which to file his opening brief.

    DATED this 24 day of June, 2022.

                For the Court,

                _____
                        Chief Justice